Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff KAREN HARLOW

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| KAREN HARLOW, | Case No.: 1:13-cv-01881-BAM |
| Plaintiff, | **STIPULATION TO EXTEND BRIEFING SCHEDULE; ORDER THEREON** |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Karen Harlow ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, pursuant to the Court's Scheduling Order, to extend for 30 days the time for Plaintiff to file Plaintiff's Opening Brief to September 12, 2014; and that Defendant shall have until October 13, 2014, to file her opposition, if any is forthcoming. Any reply by plaintiff will be due October 20, 2014.

1  An extension of time for plaintiff is needed in order to properly address the
2  issues within the administrative record in this matter. Counsel sincerely apologizes
3  to the court for any inconvenience this may have had upon it or its staff.

DATE: August 12, 2014        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*

BY:_____
Steven G. Rosales
Attorney for plaintiff DONNA STAINTHORP

DATE:  August 12, 2014       BENJAMIN WAGNER
United States Attorney
Donna L. Calvert
Acting Regional Chief Counsel, Region IX
Social Security Administration


*/S/- Theophous Reagans

_____
Theophous Reagans
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

/././

/././

# ORDER

Based on the Stipulation of the parties, and for good cause shown, the briefing schedule in this matter is modified as follows: Plaintiff's Opening Brief shall be due on or before September 12, 2014; Defendant shall have until October 13, 2014 to file her opposition; Plaintiff's reply brief will be due on October 20, 2014.

IT IS SO ORDERED.

Dated:   **August 15, 2014**                    /s/ Barbara A. McAuliffe
                                                UNITED STATES MAGISTRATE JUDGE