BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CA SBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| KAREN D. HARLOW, | Case No. 1:13-cv-01881-BAM |
| Plaintiff, | JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE RESPONSIVE BRIEF;  ORDER |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    The parties hereby stipulate, through their undersigned attorneys and subject to the Court's approval, that Defendant shall have an extension of time, up to and including

////

////

November 12, 2014, in which to file her responsive brief. Defendant requests this extension because of her attorney's inordinately heavy case load for the month of October 2014.

Respectfully submitted,

Date: October 9, 2014                /s/ Steven G. Rosales
                                     STEVEN G. ROSALES
                                     Attorney for Plaintiff


Date: October 9, 2014                BENJAMIN B. WAGNER
                                     United States Attorney
                                     DONNA L. CALVERT
                                     Regional Chief Counsel, Region IX
                                     Social Security Administration

                                     /s/ Timothy R. Bolin
                                     TIMOTHY R. BOLIN
                                     Special Assistant United States Attorney

                                     Attorneys for Defendant


**ORDER**

Based on the foregoing joint stipulation, and for cause shown, THE COURT ORDERS that Defendant shall have until November 12, 2014, to file her responsive brief, with all subsequent deadlines set forth in the Court's scheduling order also extended accordingly.

IT IS SO ORDERED.

Dated:   **October 10, 2014**            /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE